**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

STATE OF NEVADA,

        Plaintiff(s),

vs.

UNITED STATES; et al.

        Defendant(s).

Case #3:18-cv-00569

AMENDED
**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Charles J. Fitzpatrick_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Egan, Fitzpatrick, Malsch & Lawrence, PLLC
(firm name)

with offices at _____7500 Rialto Blvd., Building 1, Suite 250_____,
(street address)

_____Austin_____, _____Texas_____, _____78735_____,
(city) (state) (zip code)

_____210.496.5001_____, _____cfitzpatrick@nuclearlawyer.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____the State of Nevada_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1    3.    That since ____October 21, 1975____, Petitioner has been and presently is a
                              (date)
2    member in good standing of the bar of the highest Court of the State of ____Texas____
                                                                                  (state)
3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7    4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10   standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the United States | 4/23/1990 | |
| Western District of Texas | 12/15/1975 | |
| Court of Appeals for the 5th Circuit | 10/151977 | |
| Southern District of Texas | 1/11977 | |
| Northern District of Texas | 1/11977 | |
| Court of Appeals for the D.C. Circuit | 4/17/2002 | 48100 |
| | | |

19
20   5.    That there are or have been no disciplinary proceedings instituted against petitioner,
21   nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
22   or administrative body, or any resignation or termination in order to avoid disciplinary or
23   disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Texas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF **New York** )
COUNTY OF **Essex** )

_____**Charles J. Fitzpatrick**_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

**30th** day of **November**, **2018**.

_____**Darlene A LaMountain**_____
Notary Public or Clerk of Court

DARLENE A LAMOUNTAIN
Notary Public - State of New York
NO. 01LA6185362
Qualified in Essex County
My Commission Expires Apr 14, 20**20**

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate **C. Wayne Howle**, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____**100 North Carson Street**_____,
(street address)

**Carson City**, **Nevada**, **89701**,
(city)  (state)  (zip code)

**775.684.1227**, **whowle@ag.nv.gov**.
(area code + telephone number)  (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __C. Wayne Howle__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Robert J. Halstead, Executive Director, Nevada Agency
(type or print party name, title)   for Nuclear Projects

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

  3443                  whowle@ag.nv.gov
Bar number              Email address

APPROVED:

Dated: this __12th__ day of __December__, 20__18__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

November 29, 2018

Re: Mr. Charles J. Fitzpatrick, State Bar Number 07096500

To Whom It May Concern:

This is to certify that Mr. Charles J. Fitzpatrick was licensed to practice law in Texas on October 21, 1975, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Charles J. Fitzpatrick**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 21th day of October, 1975.

I further certify that the records of this office show that, as of this date

**Charles J. Fitzpatrick**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 29th day of November, 2018.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 1686C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.