JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
DAVID L. NEGRI, Trial Attorney
Environment and Natural Resources Div.
c/o U.S. Attorney's Office
800 Park Blvd., # 600
Boise, Idaho 83712
(208) 334-1936
david.negri@usdoj.gov

*Attorneys for the United States of America and all Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| STATE OF NEVADA, | ) | Case No. 3:18-cv-569-MMD-CBC |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES' STATUS REPORT IN RESPONSE TO COURT'S MINUTE ORDER** |
| UNITED STATES; UNITED STATES DEPARTMENT OF ENERGY; RICK PERRY, in his official capacity as Secretary of Energy; NATIONAL NUCLEAR SECURITY ADMINISTRATION; and LISA E. GORDON, in her official capacity as Administrator of the National Nuclear Security Administration and Undersecretary for Nuclear Security, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The Court today issued its Minute Order (ECF No. 57) directing the parties to file a status report by 2:00 pm as to whether the information contained in the United States' Notice of New Information (ECF No. 56) has rendered Nevada's Motion for Preliminary Injunction (ECF No. 2) moot. The United States, on behalf of all Federal Defendants, reports as follows.

The United States believes that Nevada's Motion for Preliminary Injunction is moot because no more plutonium will be shipped to the Nevada National Security Site as part of the Supplemental Analysis's proposed action. All other shipments of plutonium under the Supplemental Analysis's proposed action are going elsewhere.

Respectfully submitted, January 30, 2019

>   Jean E. Williams
>   United States Department of Justice
>   Deputy Assistant Attorney General
>
>   */s/ David L. Negri*
>   David L. Negri, Trial Attorney
>   Environment & Natural Resources Division
>   david.negri@usdoj.gov
>
>   *Attorneys for the United States of America*
>   *and all Federal Defendants*

**UNITED STATES' STATUS REPORT IN RESPONSE TO COURT'S MINUTE ORDER – Page 1**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was electronically filed on January 30, 2019, with the Clerk of the Court and served using the CM/ECF system upon the following parties/attorneys of record:

**Charles J Fitzpatrick**
Egan Fitzpatrick Malsch & Lawrence PLLC
7500 Rialto Blvd.,
Building 1, Suite 250
Austin, TX 78735
210-496-5001
Email: cfitzpatrick@nuclearlawyer.com

**Daniel P Nubel**
Nevada Office of the Attorney General
100 N. Carson St.
Carson City, NV 89701
775-684-1225
Fax: 775-684-1108
Email: dnubel@ag.nv.gov

**John W Lawrence**
Egan Fitzpatrick Malsch & Lawrence PLLC
7500 Rialto Blvd.
Building 1, Suite 250
Austin, TX 78735
210-496-5001
Email: jlawrence@nuclearlawyer.com

**Marta A. Adams**
Nevada Attorney General
100 North Carson Street
Carson City, NV 89701-4717
775 6841237
Fax: 775 6841103
Email: madams@ag.nv.gov

**Martin G Malsch**
Egan Fitzpatrick Malsch & Lawrence
1776 K Street, NW
2nd Floor
Washington, DC 20006
202-466-3106
Email: mmalsch@nuclearlawyer.com

**C. Wayne Howle**
Nevada Attorney General's Office
100 N Carson St
Carson City, NV 89701-4717
(775) 684-1227
Fax: (775) 684-1108
Email: whowle@ag.nv.gov

**John Patrick Desmond**
Dickinson Wright PLLC
100 W Liberty Street
Suite 940
Reno, NV 89501
775-343-7500
Fax: 775-786-0131
Email: jdesmond@dickinsonwright.com

**Randolph R. Lowell**
Willoughby & Hoefer, P.A.
133 River Landing Dr.
Suite 200
Charleston, SC 29492
843-619-4426
Fax: 803-256-8062

**Robert D. Cook**
Office of the Attorney General
P.O. Box 11549
Columbia, SC 29211-1549
803-734-3970
Fax: 803-734-2981

**Brian R. Irvine**
Dickinson Wright
100 W Liberty St Ste 940
Reno, NV 89501
775-343-7500
Fax: 775-786-0131
Email: birvine@dickinsonwright.com

       */s/ David L. Negri*
       David L. Negri
       United States Department of Justice

**UNITED STATES' STATUS REPORT IN RESPONSE TO COURT'S MINUTE ORDER – Page 3**