AARON D. FORD
Attorney General
C. WAYNE HOWLE (Bar No. 3443)
Chief Deputy Attorney General
DANIEL P. NUBEL (Bar No. 13553)
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
T: (775) 684-1227
E: whowle@ag.nv.gov
   dnubel@ag.nv.gov

*Martin G. Malsch, Esq.
EGAN, FITZPATRICK, MALSCH & LAWRENCE, PLLC
1776 K Street N.W., Suite 200
Washington, D.C. 20006
T: (202) 466-3106
E: mmalsch@nuclearlawyer.com

*Attorneys for Plaintiff, State of Nevada*



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

ORDER

| STATE OF NEVADA, | Case No. 3:18-cv-00569-MMD-CBC |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION TO EXTEND DEADLINE FOR DISCOVERY PLAN/SCHEDULING ORDER (FIRST)** |
| vs. | |
| UNITED STATES; *et al.*, | |
| Defendants. | |

Plaintiff, the State of Nevada, by and through counsel, hereby files this Unopposed Motion to Extend the Deadline for Discovery Plan/Scheduling Order.

On February 2, 2019, the Court set a deadline of March 19, 2019 for the parties to submit a discovery plan/scheduling order. Despite good faith efforts, the parties have not yet had the opportunity to meet and confer regarding the scope of discovery in this case. The parties have arranged a time to meet and confer regarding the appropriate scope of discovery and scheduling for this case.

…

-1-

For these reasons, the State of Nevada respectfully requests that this Court extend the deadline to submit a Discovery Plan/Scheduling Order by two weeks, with a new deadline of **April 2, 2019**. This is the first motion to extend the deadline to file the Discovery Plan/Scheduling Order. Undersigned counsel has conferred with counsel for Defendants, and has been informed that Defendants do not oppose this Motion.

DATED this 19th day of March, 2019.

AARON D. FORD
Attorney General

By: /s/ Daniel P. Nubel
DANIEL P. NUBEL (Bar No. 13553)
Deputy Attorney General

Approved as to Form and Content:

By: /s/ David L. Negri
DAVID L. NEGRI
Trial Attorney, U.S. Department of Justice
Counsel for United States of America and all Defendants

By: /s/ Randolph R. Lowell
RANDOLPH R. LOWELL
Counsel for the State of South Carolina, Intervenor-Defendant

IT IS SO ORDERED

_____
United States Magistrate Judge

DATED: 3/20/2019

-2-