Aaron D. Ford
*Attorney General*
Daniel P. Nubel (Bar No. 13553)
*Deputy Attorney General*
OFFICE OF THE NEVADA ATTORNEY GENERAL
100 N. Carson Street
Carson City, Nevada 89701
T: 775.684.1225
E. DNubel@ag.nv.gov

James J. Pisanelli., Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
Emily Buchwald, Bar No. 13442
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
T: 702.214.2100
E. JTS@pisanellibice.com
*Special Deputy Attorneys General*

Martin G. Malsch, Esq.
EGAN, FITZPATRICK, MALSCH & LAWRENCE, PLLC
1776 K Street N.W., Suite 200
Washington, D.C. 20006
T: (202) 466-3106
E: mmalsch@nuclearlawyer.com
*Special Deputy Attorney General*

*Attorneys for the State of Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE OF NEVADA,<br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES, ET AL.,<br>　　Defendants,<br><br>　　and<br><br>STATE OF SOUTH CAROLINA,<br>　　Intervenor-Defendant. | Case No.: 3:18-cv-569-MMD-CBC<br><br>**STIPULATION AND ORDER REGARDING MOTION TO DISMISS BRIEFING** |

1

Plaintiff State of Nevada and the United States Defendants, by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1. On November 15, 2019, the United States filed a Motion to Dismiss Nevada's Amended Complaint. (ECF No. 143.)

2. According to the parties' previous stipulation, Nevada's response to the Motion to Dismiss is due December 9, 2019 and the United States' Reply is due December 23, 2019. (ECF No. 139.)

3. The parties have met, conferred, and agreed to modify the briefing schedule as follows:

   a. Nevada shall file its response to the motion to dismiss on or before December 16, 2019.

   b. The United States shall file its reply in support of the motion on or before January 10, 2020.

4. The parties agree that the foregoing stipulation will streamline the litigation and will not cause any undue delay. By entering into this stipulation, the parties do not waive any arguments or rights.

DATED this 27th day of November 2019.  DATED this 27th day of November 2019.

By: /s/ Emily A. Buchwald
James J. Pisanelli., Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
Emily A. Buchwald, Bar No. 13442
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for the State of Nevada*

By: /s/ David L. Negri
Jean E. Williams
David L. Negri
U.S. Department of Justice
Environment & Natural Resources Div.
c/o U.S. Attorney's Office
800 Park Blvd., #600
Boise, Idaho 83712

*Attorneys for the United States*

IT IS SO ORDERED.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: December 2, 2019