| | |
|---|---|
| 1 | DICKINSON WRIGHT PLLC |
| | JOHN P. DESMOND |
| 2 | Nevada Bar No. 5618 |
| | BRIAN R. IRVINE |
| 3 | Nevada Bar No. 7758 |
| | 100 West Liberty Street |
| 4 | Suite 940 |
| | Reno, Nevada 89501 |
| 5 | Tel: (775) 343-7500 |
| | Fax: (844) 670-6009 |
| 6 | Email: jdesmond@dickinsonwright.com |
| | Email: birvine@dickinsonwright.com |
| 7 | |
| | ALAN WILSON |
| 8 | South Carolina Attorney General |
| | ROBERT D. COOK |
| 9 | Solicitor General |
| | Office of the Attorney General |
| 10 | Post Office Box 11549 |
| | Columbia, South Carolina 29211-1549 |
| 11 | Tel: (803) 734-3970 |
| | Fax: (803) 734-2981 |
| 12 | Email: awilson@scag.gov |
| | Email: bcook@scag.gov |
| 13 | |
| | RANDOLPH R. LOWELL |
| 14 | Willoughby & Hoefer, P.A. |
| | 133 River Landing Drive, Suite 200 |
| 15 | Charleston, South Carolina 29492 |
| | Tel: (843) 619-4426 |
| 16 | Fax: (803) 256-8062 |
| | Email: rlowell@willoughbyhoefer.com |
| 17 | *Attorneys for the State of South Carolina* |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA, | Case No.: 3:18-CV-00569-MMD-CBC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS INTERVENOR-DEFENDANT STATE OF SOUTH CAROLINA** |
| UNITED STATES, *et al.*, | |
| Defendants, | |
| STATE OF SOUTH CAROLINA, | |
| Intervenor-Defendant. | |

Plaintiff STATE OF NEVADA ("Nevada"), Defendants UNITED STATES, UNITED STATES DEPARTMENT OF ENERGY, RICK PERRY, in his official capacity as Secretary of Energy, NATIONAL NUCLEAR SECURITY ADMINISTRATION, and LISA E. GORDON-HAGERTY, in her official capacity as Administrator of the National Nuclear Security Administration and Undersecretary of Nuclear Security (collectively "United States" or "DOE") and Intervenor-Defendant STATE OF SOUTH CAROLINA ("South Carolina", and collectively with Nevada and DOE, the "Parties"), by and through their respective attorneys state and stipulate as follows:

1. Nevada filed this lawsuit on November 30, 2018 and simultaneously filed a Motion for Preliminary Injunction. (ECF Nos. 1-2.)

2. On January 3, 2019, South Carolina filed an Emergency Motion to Intervene. (ECF No. 25). The Court granted the Motion to Intervene on January 14, 2019. (ECF No. 36.) South Carolina also filed a Motion to Transfer Venue in this matter to the U.S. District Court for the State of South Carolina. (ECF No. 37.)

3. On January 17, 2019, the Court conducted an evidentiary hearing on Nevada's Motion for Preliminary Injunction. On January 30, 2019, the Court issued its Order Denying Nevada's Motion for Preliminary Injunction. (ECF No. 62 at 14.)

4. Nevada appealed the Court's Order Denying the Motion for Preliminary Injunction on February 4, 2019. (ECF No. 65.)

5. The Court denied South Carolina's Motion to Transfer Venue as moot without prejudice. (ECF No. 77.) The Court stayed all proceedings pending Nevada's Ninth Circuit appeal on April 30, 2019. (ECF No. 112.)

6. The Ninth Circuit dismissed Nevada's appeal from the denial of its Motion for Preliminary Injunction on August 13, 2019. (*See* Dkt No. 53, Case No. 19-15202.) The Court lifted the district court stay on August 20, 2019. (ECF No. 118.)

7. Nevada moved for leave to amend its Complaint on August 30, 2019. (ECF No. 126.) The Court granted Nevada's request to amend, in part, on October 21, 2019. (ECF No. 136.) Nevada filed its Amended Complaint on October 23, 2019. (ECF No. 137.)

8. In light of Nevada's Amended Complaint and the relief and claims asserted therein and that such relief takes no position on the destination for the removed plutonium, South Carolina concedes that it does not currently have a significantly protectable interest relating to the property or transaction that is the subject of this case.

Accordingly, the Parties hereby stipulate and agree that South Carolina should be dismissed as an Intervenor-Defendant to this action without prejudice.

[SIGNATURE PAGE FOLLOWS]

///

///

///

///

///

DATED this 6th day of December, 2019.

By: /s/ Jordan T. Smith
James J. Pisanelli., Bar No. 4027
Todd L. Bice, Bar No. 4534
Jordan T. Smith, Bar No. 12097
Emily A. Buchwald, Bar No. 13442
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Aaron D. Ford
*Attorney General*
Daniel P. Nubel (Bar No. 13553)
*Deputy Attorney General*
OFFICE OF THE NEVADA ATTORNEY GENERAL
100 N. Carson Street
Carson City, Nevada 89701

*Attorneys for the State of Nevada*

DATED this 6th day of December, 2019.

By: /s/ David L. Negri
Jean E. Williams
David L. Negri
U.S. Department of Justice
Environment & Natural Resources Div.
c/o U.S. Attorney's Office
800 Park Blvd., #600
Boise, Idaho 83712

*Attorneys for the United States*

DATED this 6th day of December, 2019.

By: /s/ Brian R. Irvine
John P. Desmond
Brian R. Irvine
DICKINSON WRIGHT PLLC
100 West Liberty Street
Suite 940
Reno, Nevada 89501

*Attorneys for the State of South Carolina*

# ORDER

Pursuant to the foregoing stipulation by and between the Parties, and good cause appearing, IT IS HEREBY ORDERED that the State of South Carolina is DISMISSED as an Intervenor-Defendant to this action without prejudice.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 6, 2019