UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STATE OF NEVADA,<br><br>                      Plaintiff,<br>    v.<br>UNITED STATES; *et al.*,<br><br>                      Defendants. | Case No. 3:18-cv-569-MMD-CBC<br><br>ORDER |

On March 17, 2020, the Court granted the parties' stipulation to stay proceedings in this case pending settlement discussions (ECF Nos. 162) and ordered them to submit a joint status report by March 31, 2020. (ECF No. 163.) The parties have now updated the Court and ask for a further extension of the stay—until May 29, 2020. (ECF No. 164.)

It is therefore ordered that the stay of this case is extended through May 29, 2020. The parties are directed to file a joint status report by May 30, 2020.

DATED THIS 31st day of March 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE