AARON D. FORD
*Attorney General*
DANIEL P. NUBEL (Bar No. 13553)
*Deputy Attorney General*
OFFICE OF THE ATTORNEY GENERAL
100 North Carson Street
Carson City, Nevada 89701-4717
T:  (775) 684-1225
E:  DNubel@ag.nv.gov

James J. Pisanelli (Bar No. 4027)
Todd L. Bice (Bar No. 4534)
Jordan T. Smith (Bar No. 12097)
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
T: (702) 214-2100
E: JTS@pisanellibice.com
*Special Deputy Attorneys General*

Martin G. Malsch, Esq., *pro hac vice*
EGAN, FITZPATRICK, MALSCH & LAWRENCE, PLLC
1776 K Street N.W., Suite 200
Washington, D.C. 20006
T:  (202) 466-3106
E:  mmalsch@nuclearlawyer.com
*Special Deputy Attorney General*

*Attorneys for Plaintiff, State of Nevada*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA,<br>　　　　　　Plaintiff,<br>　　vs.<br>UNITED STATES; *et al.*,<br>　　　　　　Defendants. | Case No. 3:18-cv-00569-MMD-CBC<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff State of Nevada and the United States Defendants, by and through their respective undersigned

/ / /

/ / /

/ / /

Page **1** of **3**

counsel of record, hereby stipulate and agree to dismiss this action *without prejudice* with all parties bearing their own respective attorneys' fees and costs.

DATED this 26th day of June, 2020.

By: */s/ Daniel P. Nubel*
Aaron D. Ford
Attorney General
Daniel P. Nubel (Bar No. 13553)
Deputy Attorney General
OFFICE OF THE ATTORNEY
   GENERAL
100 North Carson Street
Carson City, Nevada 89701-4717

James J. Pisanelli (Bar No. 4027)
Todd L. Bice (Bar No. 4534)
Jordan T. Smith (Bar No. 12097)
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101

Martin G. Malsch, Esq., *pro hac vice*
EGAN, FITZPATRICK, MALSCH &
LAWRENCE, PLLC
1776 K Street N.W., Suite 200
Washington, D.C. 20006

*Attorneys for the State of Nevada*

DATED this 26th day of June, 2020.

By: */s/ David L. Negri*
Jean E. Williams
David L. Negri
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources
   Division
c/o U.S. Attorney's Office
800 Park Blvd., Suite 600
Boise, Idaho 83712

*Attorneys for the United States*

DATED THIS 29th day of June 2020.

It is so ordered:

Miranda M. Du
Chief United States District Judge

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 26th day of June, 2020, I served a true and correct copy of the foregoing STIPULATION TO DISMISS WITHOUT PREJUDICE, by U.S. District Court CM/ECF electronic service, which will send notification of such filing to the email addresses that are registered for this case.

/s/ Dorene A. Wright